AC-10 (WP)
Rev. 1/2005

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2004

Report Required by the Ethics in Government Act of 1978, (5 U.S.C. App. §§101-111)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Heaton, Joe L. | Western District of Oklahoma | 05/09/2005 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge, Active | ___ Nomination Date _____ <br> ___ Initial  ✓ Annual  ___ Final | 01/01/2004 to 12/31/2004 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U.S. Courthouse <br> 200 NW 4th Street, Room 3108 <br> Oklahoma City, OK 73102 | Reviewing Officer _____  Date_____ |

*IMPORTANT NOTES. The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| 1  Custodian | Custodial Accounts 1 and 2 |
| 2  Secretary - Treasurer | ▉▉▉▉ Association |
| 3 | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ☐ NONE (No reportable agreements.) | |
| 1  N/A | Oklahoma Public Employees Retirement System - vested. Eligible at age 62. |
| 2 | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|

A. Filer's Non-Investment Income

| ✓ NONE (No reportable non-investment income.) | | |
|---|---|---|
| 1 | | $ |
| 2 | | $ |

B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| ✓ NONE (No reportable non-investment income.) | |
|---|---|
| 1 | |
| 2 | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Heaton, Joe I. | 05/09/2005 |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment
*(Includes those to spouse and dependent children. See pp. 25-27 Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| | ☐ NONE (No such reportable reimbursements.) | |
| 1 | George Mason University Law & Economics Center | March 25-28, 2004, La Jolla, CA, seminar (Tocqueville's *Democracy in America*) (travel, housing, food and tuition). |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| | ☑ NONE (No such reportable gifts.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| | ☑ NONE (No reportable liabilities.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes: J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000
N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000  P3=25,000,001-50,000,000  P4=50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Heaton, Joe L. | 05/09/2005 |

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | B. (2) Type (e.g. div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | C. (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. (2) Date Month-Day | D. (3) Value Code2 (J-P) | D. (4) Gain Code1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1 Duke Energy common stock | B | Dividend | K | T | | | | | |
| 2 Xcel Energy common stock | A | Dividend | K | T | | | | | |
| 3 Oil & gas working interest | C | Royalty | J | V | | | | | |
| 4 Smith Barney money fund (Citibank NA Bank Deposit Program) | A | Dividend | K | T | | | | | |
| 5 Investment Company of America | B | Dividend | M | T | Bought additional | 03/25 | J | | |
| 6 Texas State Veterans Land bonds | A | Interest | | | sold | 12/1 | J | | |
| 7 Okla. Dev. Finance Auth. bonds (St. John's Health System) | A | Interest | K | T | | | | | |
| 8 Bank of Oklahoma accounts | | None | K | T | | | | | |
| 9 323 East Mosier Limited Partnership, ltd. part. interest | A | Rent | M | U | | | | | |
| 10 Masterpiece Properties LP - ltd. part. interest | D | Rent | L | U | | | | | |
| 11 Meadowood II LP ltd. part. int real est. dev., Cleveland, County, OK | A | Rent | L | U | | | | | |
| 12 Hollywood Shopping Center LLC, Norman, OK | C | Rent | J | U | | | | | |
| 13 West Oaks Rentals, gen. part. Norman, OK office building | A | Rent | J | U | | | | | |
| 14 Norman Builders Supply common stock | | None | J | U | | | | | |
| 15 Norman Construction & Paving common stock | | None | J | U | | | | | |
| 16 DDB Limited Partnership, ltd. part. interest | A | Rent | L | U | | | | | |
| 17 Growth Fund of America | A | Dividend | L | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 3 INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 35 - Meadowood II LP, ltd. part. interest | | | | | | | | | |
| 36 - DDB Limited Part. ltd. part. interest | | | | | | | | | |
| 37 Custodial Account #2 | B | | M | T | | | | | |
| 38 - Smith Barney money funds (Citibank NA Bank Deposit program) | | | | | | | | | |
| 39 - Bank of Oklahoma account | | | | | | | | | |
| 40 - Smith Barney Large Cap Value Fund | | | | | | | | | |
| 41 - Growth Fund of America | | | | | | | | | |
| 42 - 323 East Mosier LP, ltd. part. interest | | | | | | | | | |
| 43 - Masterpiece Properties LP, ltd. part. interest | | | | | | | | | |
| 44 - Meadowood II LP, ltd. part. interest | | | | | | | | | |
| 45 - DDB Limited Part ltd. part. int. | | | | | | | | | |

1 Income/Gain Codes: A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
(See Col. B1, D4) F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=More than $5,000,000

2 Value Codes: J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000
(See Col. C1, D3) N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000  P4=More than $50,000,000

3 Value Method Codes: Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
(See Col. C2) U=Book value  V=Other  W=Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

1. The value of the oil and gas working interest identified in Part VII, line 3, is based on average monthly income during the period x 36 months. The wells are located in Oklahoma (Folmar) and McClain (Lewis 1-11 and Mooney) Counties, Oklahoma.

2. As to the custodial accounts shown in Part VII, filer is the custodian of the bank account and assets in brokerage account. ███████ is custodian as to limited partnership interests. Valuations of publicly traded funds are based on cash/market, values of limited partnership interests are based on book value.

3. The limited partnership interests identified in Part VII, lines 9, 10, 11 and 16 also had interest or dividend income in addition to rental income (per K-1). (Software only permits a single type to be shown.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature ████████████████     Date __5/9/05__

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

**FILING INSTRUCTIONS**

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544